UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| CATHERINE T. GILCHRIST,<br>Plaintiff | |
|---|---|
| VS. | CIVIL ACTION NO.: |
| SPUHL a/k/a SPUHL AG ST. GALLEN,<br>Defendant | 04-40235 FDS |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, the defendant, Spuhl a/k/a Spuhl AG St. Gallen ("Spuhl"), removes this action to the United States District Court for the District of Massachusetts. The grounds for removal are as follows:

1. On or about October 4, 2004, the plaintiff filed this action in Worcester Superior Court, Civil Action No. 04-1781C.

2. On or about October 11, 2004, the plaintiff attempted service of the summons and complaint via certified mail on Spuhl in Wittenbach, St. Gallen, Switzerland. Although Spuhl contests service of process, it has received notice of this case in state court in Massachusetts. According to the summons, the Worcester County Sheriff purportedly made service of process on Spuhl on October 11, 2004. (A true copy of the summons and complaint filed by the plaintiff is attached as **Exhibit A**).

3. Accordingly, this notice of removal is being filed within the time period required by law, 28 U.S.C. § 1446(b).

4.  The plaintiff in this case is a resident of Oxford, Massachusetts. The defendant, Spuhl, is a foreign corporation with its principal place of business in Wittenbach, St. Gallen, Switzerland.

5.  In her Complaint, plaintiff seeks damages for personal injuries allegedly sustained while plaintiff was using machinery manufactured by the defendant. Plaintiff's Civil Action Cover Sheet itemizes damages totaling a minimum of $139,500.00, including past and future medical expenses and lost wages. While the defendant denies any liability for the claims asserted by the plaintiff, the amount of the matter in controversy exceeds $75,000.00.

6.  Because the amount in controversy in this case exceeds the sum or value of $75,000.00 and is between a United States citizen and a citizen of a foreign state, as set forth in 28 U.S.C. §1332, this case is subject to removal under 28 U.S.C. §1441(a).

**SPUHL a/k/a SPUHL AG ST. GALLEN,**

By its attorneys,

Joan O. Vorster, Esq.   BBO #550375
Michele P. Rosano, Esq.   BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

## CERTIFICATE OF SERVICE

I, Michele P. Rosano, Esq., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to **Jennie L. Caissie, Esq.**, Three Bowlen Avenue, Southbridge, MA 01550.

Dated: November 10, 2004        Michele P. Rosano, Esq.

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**COPY**

No. 04-1781C

CATHERINE T. GILCHRIST,    Plaintiff (s)

v.

SPUHL a/k/a
SPUHL AG ST. GALLEN,       Defendant (s)

**SUMMONS**

A TRUE COPY ATTEST
[signature] Nancy J. Benbrecki
DEPUTY SHERIFF
10/4/04

\* To the above-named Defendant: Spuhl a/k/a Spuhl AG St. Gallen

You are hereby summoned and required to serve upon .................Jennie L. Caissie, Esq............................., plaintiff's attorney, whose address is ...Three Bowlen Avenue, Southbridge, MA 01550............. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the ......13th.......... day of ......September.......................in the year of our Lord two thousand and .....four............ .

[signature]
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

**EXHIBIT A**

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint but

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

Worcester, ss.                                    Superior Court Department
                                                  Civil Action No. 04-1751C

CATHERINE T. GILCHRIST,      )
           Plaintiff         )
                             )
vs.                          )  **COMPLAINT AND CLAIM OF TRIAL BY JURY**
                             )
SPÜHL a/k/a                  )
SPÜHL AG ST. GALLEN,         )
           Defendant         )

1. The Plaintiff, Catherine T. Gilchrist, is an individual with a residence in Oxford, Worcester County, Massachusetts.

2. The Defendant, Spühl a/k/a Spühl AG St. Gallen, is a machine manufacturing company that exports and sells machines to customers in Massachusetts and throughout the United States with a world headquarters in Wittenbach, St. Gallen, Switzerland.

3. Spühl is a subsidiary of Leggett & Platt, Incorporated, which is a duly organized corporation with a headquarters at One Leggett Road, Carthage, Missouri.

4. On October 5, 2001, the Plaintiff was using a Spühl CS-420-Z assembler machine that was manufactured and supplied by the Defendant.

5. At that time and place, the Plaintiff was injured while using the assembler machine that the Defendant manufactured.

6. The Plaintiff suffered injuries to her right hand, including amputation of her right index finger and partial amputation of her right middle finger.

7. The Plaintiff was injured as direct result of the Defendant's negligence.

8. The Defendant was negligent in that:

    (a)   It manufactured the defective assembler machine;

    (b)   It failed to properly design and manufacture the assembler machine;

-2-

    (c)    It failed to properly maintain and service the assembler machine;

    (d)    It failed to give adequate warning and notice of the lack of a safety guard on the assembler machine;

    (e)    It failed to give adequate warning or notice of the dangerous nature of the assembler machine.

9.    As a direct result of the Defendant's negligence, the Plaintiff suffered personal injuries to her right hand, incurred medical bills, was and is disabled from usual activities and suffered permanent pain of body and mind.

WHEREFORE, the Plaintiff demands judgment against the Defendant for damages incurred, as well as costs and interest.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

CATHERINE T. GILCHRIST, Plaintiff

by her attorney

Jennie L. Caissie, Esq.
BBO No. 639925
Three Bowlen Avenue
Southbridge, MA  01550
(508) 765-0885       765-0558

September 9, 2004

# CIVIL COVER SHEET

**04-40235**

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Catherine T. Gilchrist

## DEFENDANTS
Spuhl a/k/a Spuhl AG St. Gallen

(b) County of Residence of First Listed Plaintiff: **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jennie L. Caissie, Esq.
Three Bowlen Avenue
Southbridge, MA 01550
(508) 765-0885

Attorneys (If Known)
Joan O. Vorster, Esq. / Michele P. Rosano, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
(508) 791-8500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☒ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Propery 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIW C/DIW W (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. §1332. This is a tort action for hand injuries allegedly caused by an assembler machine manufactured by defendant. Claimed damages exceed $75,000.00.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: 11-10-04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Catherine T. Gilchrist v. Spuhl a/k/a Spuhl AG St. Gallen__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
    - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,       *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
    - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
    - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
    - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [X]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Joan O. Vorster, Esq. / Michele P. Rosano, Esq.__
ADDRESS __Mirick, O'Connell, 100 Front Street, Worcester, MA 01608__
TELEPHONE NO. __(508) 791-8500__

(Coversheetlocal.wpd - 10/17/02)