UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CATHERINE T. GILCHRIST,
    Plaintiff

VS.

SPUHL a/k/a SPUHL AG ST. GALLEN,
    Defendant

CIVIL ACTION NO.:  04-40235-FDS

## <u>DEFENDANT'S MOTION TO DISMISS</u>

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, the defendant, Spuhl a/k/a Spuhl AG St. Gallen ("Spuhl"), moves this Court to quash the plaintiff's summons and dismiss the plaintiff's Complaint.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law and can be summarized as follows:

1.    In this case,  Plaintiff claims to have sustained personal injuries with damages exceeding $100,000 as a result of a defective machine manufactured and designed by the defendant.

2.    Because the defendant, Spuhl, is a foreign corporation with its principal place of business in Wittenbach, St. Gallen, Switzerland, service of process is governed by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. ("Hague Convention").

3.    The plaintiff failed to effectuate service of process pursuant to the provisions of the Hague Convention; therefore, the plaintiff's summons should be quashed and the Complaint should be dismissed pursuant to Fed.R.Civ.P Rule 12(b)(5).

WHEREFORE, the defendant's motion to dismiss should be allowed.

**SPUHL a/k/a SPUHL AG ST. GALLEN,**
By its attorneys,


/s/ Joan O. Vorster
_____
Joan O. Vorster, Esq.   BBO #550375
Michele P. Rosano, Esq.   BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500  Fax: (508) 791-8502

## RULE 7.1 CERTIFICATION

I, Joan O. Vorster, certify that on November 18, 2004, my associate, Michele Rosano,

Esq., spoke with the plaintiff's attorney, **Jennie L. Caissie**, in an effort to resolve the motion or

narrow the issues, but was unsuccessful.


____/s/ Joan O. Vorster_____
Joan O. Vorster, Esq.

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, Esq., hereby certify that I have this day served a copy of the foregoing document, via facsimile, and by mailing a copy, first class mail, postage prepaid, to **Jennie L. Caissie**, Esq., Three Bowlen Avenue, Southbridge, MA 01550.

/s/ Joan O. Vorster
_____
Joan O. Vorster, Esq.

Dated: November 18, 2004