MAS-20040305
walsh_r
Case 4:04-cv-40235-TSH    Document 1    Filed 12/02/2004    Page 1 of 12
11/30/2004
02:36 PM
04-40235

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

# WOCV2004-01781
## Gilchrist v Spuhl

| | | | |
|---|---|---|---|
| **File Date** | 09/13/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 11/18/2004 | **Session** | C - Civil C (16 Worcester) |
| **Origin** | 1 | **Case Type** | B05 - Products liability |
| **Lead Case** | | **Track** | A |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 12/12/2004 | **Answer** | 02/10/2005 | **Rule12/19/20** | 02/10/2005 |
| **Rule 15** | 12/07/2005 | **Discovery** | 11/02/2006 | **Rule 56** | 01/01/2007 |
| **Final PTC** | 05/01/2007 | **Disposition** | 09/13/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Catherine T Gilchrist
Oxford, MA 01540
Active 09/13/2004

**Private Counsel 639925**
Jennie L Caissie
3 Bowlen Avenue
Southbridge, MA 01550-2455
Phone: 508-765-0885
Fax: 508-765-0888
Active 09/13/2004 Notify

**Defendant**
Spuhl
Served: 10/04/2004
Served (answr pending) 10/04/2004

**Private Counsel 550375**
Joan O Vorster
Mirick O'Connell DeMallie & Lougee
100 Front Street
Suite 1700
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
Active 11/16/2004 Notify

**Private Counsel 554043**
Michele P Rosano
Mirick O'Connell DeMallie & Lougee
100 Front Street
Suite 1700
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
Active 11/16/2004 Notify

**Alias defendant name**
Spuhl AG St. Gallen
Active 09/13/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/13/2004 | 1.0 | Complaint & civil action cover sheet filed and rule 29 statement-CJ |
| 09/13/2004 | | Origin 1, Type B05, Track A. |

case01 117303 y y y y y

MAS-20040305　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　11/30/2004
walsh_r　　　　　　　　　　　WORCESTER SUPERIOR COURT　　　　　　　　　　　　　　　　02:36 PM
Case Summary
Civil Docket

Case 4:04-cv-40235-TSH    Document 4    Filed 12/22/2004    Page 2 of 12

# WOCV2004-01781
## Gilchrist v Spuhl

| Date | Paper | Text |
|---|---|---|
| 09/13/2004 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge and $20.00 security fee.($275.00) |
| 10/29/2004 | 2.0 | SERVICE RETURNED: Spuhl(Defendant) service made on 10/4/04 (certified mail) |
| 11/16/2004 | 3.0 | Notice for Removal to the United States District Court filed by Spuhl |
| 11/18/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A true copy by photostatic process
Attest:
Asst. Clerk [signature]

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

Worcester, ss.                                    Superior Court Department
                                                  Civil Action No.

                                                  04-1781C

| CATHERINE T. GILCHRIST, | ) |
|---|---|
| Plaintiff | ) |
| vs. | ) **COMPLAINT AND CLAIM OF TRIAL BY JURY** |
| SPÜHL a/k/a | ) |
| SPÜHL AG ST. GALLEN, | ) **FILED** |
| Defendant | ) |
| | ) SEP 1 3 2004 |

ATTEST:

1. The Plaintiff, Catherine T. Gilchrist, is an individual with a residence in Oxford, Worcester County, Massachusetts.

2. The Defendant, Spühl a/k/a Spühl AG St. Gallen, is a machine manufacturing company that exports and sells machines to customers in Massachusetts and throughout the United States with a world headquarters in Wittenbach, St. Gallen, Switzerland.

3. Spühl is a subsidiary of Leggett & Platt, Incorporated, which is a duly organized corporation with a headquarters at One Leggett Road, Carthage, Missouri.

4. On October 5, 2001, the Plaintiff was using a Spühl CS-420-Z assembler machine that was manufactured and supplied by the Defendant.

5. At that time and place, the Plaintiff was injured while using the assembler machine that the Defendant manufactured.

6. The Plaintiff suffered injuries to her right hand, including amputation of her right index finger and partial amputation of her right middle finger.

7. The Plaintiff was injured as direct result of the Defendant's negligence.

8. The Defendant was negligent in that:

    (a)   It manufactured the defective assembler machine;

    (b)   It failed to properly design and manufacture the assembler machine;

-2-

    (c)    It failed to properly maintain and service the assembler machine;

    (d)    It failed to give adequate warning and notice of the lack of a safety guard on the assembler machine;

    (e)    It failed to give adequate warning or notice of the dangerous nature of the assembler machine.

9.    As a direct result of the Defendant's negligence, the Plaintiff suffered personal injuries to her right hand, incurred medical bills, was and is disabled from usual activities and suffered permanent pain of body and mind.

WHEREFORE, the Plaintiff demands judgment against the Defendant for damages incurred, as well as costs and interest.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

CATHERINE T. GILCHRIST, Plaintiff

by her attorney

_____
Jennie L. Caissie, Esq.
BBO No. 639925
Three Bowlen Avenue
Southbridge, MA 01550
(508) 765-0885

September 9, 2004

A true copy by photostatic process

10/29/04

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 04-1781C

CATHERINE T. GILCHRIST,  Plaintiff (s)

V.

SPUHL a/k/a
SPUHL AG ST. GALLEN,  Defendant (s)

**SUMMONS**

\* To the above-named Defendant: Spuhl a/k/a Spuhl AG St. Gallen

You are hereby summoned and required to serve upon ................................ Jennie L. Caissie, Esq. ............................................., plaintiff's attorney, whose address is ...Three Bowlen Avenue - Southbridge, MA......01550................ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the ......13th............ day of ........September........................in the year of our Lord two thousand and .....four...........

*signature*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

FILED
NOV 16 2004
ATTEST:

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO. 04-1781-C

CATHERINE T. GILCHRIST,
Plaintiff

V.

SPUHL a/k/a SPUHL AG ST. GALLEN,
Defendant

**NOTICE OF FILING FOR REMOVAL**

TO:   Clerk, Superior Court Department
      Worcester Division
      Commonwealth of Massachusetts

Pursuant to 28 U.S.C. §1446(d), the defendant gives notice that on November 10, 2004, it filed with the United States District Court for the District of Massachusetts a Notice of Removal of this action from the Superior Department of the Trial Court, Worcester Division, to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached hereto.

Dated this 16th day of November, 2004.

**SPUHL a/k/a SPUHL AG ST. GALLEN,**

By its attorneys,

_____
Joan O. Vorster, Esq.   BBO #550375
Michele P. Rosano, Esq.   BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

{H:\PA\Lit\19210\00017\A0741567.DOC}

## CERTIFICATE OF SERVICE

    I, Michele P. Rosano, Esq., hereby certify that I have this day served the foregoing document, by mailing a copy, first class mail, postage prepaid, to **Jennie L. Caissie**, Esq., Three Bowlen Avenue, Southbridge, MA 01550.

Dated: November 10, 2004

*[signature]*
Michele P. Rosano, Esq.

A true copy by photostatic process
Attest: *[signature]*
    Asst. Clerk

{H:\PA\Lit\19210\00017\A0741567.DOC}    2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE T. GILCHRIST,<br>Plaintiff<br><br>VS.<br><br>SPUHL a/k/a SPUHL AG ST. GALLEN,<br>Defendant | CIVIL ACTION NO.: |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 and § 1446, the defendant, Spuhl a/k/a Spuhl AG St. Gallen ("Spuhl"), removes this action to the United States District Court for the District of Massachusetts. The grounds for removal are as follows:

1. On or about October 4, 2004, the plaintiff filed this action in Worcester Superior Court, Civil Action No. 04-1781C.

2. On or about October 11, 2004, the plaintiff attempted service of the summons and complaint via certified mail on Spuhl in Wittenbach, St. Gallen, Switzerland. Although Spuhl contests service of process, it has received notice of this case in state court in Massachusetts. According to the summons, the Worcester County Sheriff purportedly made service of process on Spuhl on October 11, 2004. (A true copy of the summons and complaint filed by the plaintiff is attached as **Exhibit A**).

3. Accordingly, this notice of removal is being filed within the time period required by law, 28 U.S.C. § 1446(b).

{H:\PA\Lit\10309\55018\A0747043.DOC}

4. The plaintiff in this case is a resident of Oxford, Massachusetts. The defendant, Spuhl, is a foreign corporation with its principal place of business in Wittenbach, St. Gallen, Switzerland.

5. In her Complaint, plaintiff seeks damages for personal injuries allegedly sustained while plaintiff was using machinery manufactured by the defendant. Plaintiff's Civil Action Cover Sheet itemizes damages totaling a minimum of $139,500.00, including past and future medical expenses and lost wages. While the defendant denies any liability for the claims asserted by the plaintiff, the amount of the matter in controversy exceeds $75,000.00.

6. Because the amount in controversy in this case exceeds the sum or value of $75,000.00 and is between a United States citizen and a citizen of a foreign state, as set forth in 28 U.S.C. §1332, this case is subject to removal under 28 U.S.C. §1441(a).

**SPUHL a/k/a SPUHL AG ST. GALLEN,**

By its attorneys,

Joan O. Vorster, Esq.   BBO #550375
Michele P. Rosano, Esq.   BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

## CERTIFICATE OF SERVICE

I, Michele P. Rosano, Esq., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to **Jennie L. Caissie, Esq.**, Three Bowlen Avenue, Southbridge, MA 01550.

Dated: November 10, 2004

Michele P. Rosano, Esq.

OCT. 12. 2004  2:53PM    LEC  DEPT                          NO. 9783   P. 3

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**COPY**

No. 04-1781C

CATHERINE T. GILCHRIST,    Plaintiff(s)

V.

SPUHL a/k/a
SPUHL AG ST. GALLEN,    Defendant(s)

**SUMMONS**

A TRUE COPY ATTEST
[signature]
DEPUTY SHERIFF
10/4/04

* To the above-named Defendant: Spuhl a/k/a Spuhl AG St. Gallen

You are hereby summoned and required to serve upon ...........Jennie.L..Caissie,.Esq..................................., plaintiff's attorney, whose address is ..Three.Bowlen.Avenue.,.Southbridge,.MA.....01550................. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the......13th............ day of ........September.........................in the year of our Lord two thousand and .....four...........

[signature] Loring P. Lamoureux

Clerk

**NOTES:**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.


EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

Worcester, ss.

Superior Court Department
Civil Action No.

64-1751C

CATHERINE T. GILCHRIST,       )
         Plaintiff            )
                              )
vs.                           )
                              )   **COMPLAINT AND CLAIM OF TRIAL BY JURY**
SPÜHL a/k/a                   )
SPÜHL AG ST. GALLEN,          )
         Defendant            )
_____)

1. The Plaintiff, Catherine T. Gilchrist, is an individual with a residence in Oxford, Worcester County, Massachusetts.

2. The Defendant, Spühl a/k/a Spühl AG St. Gallen, is a machine manufacturing company that exports and sells machines to customers in Massachusetts and throughout the United States with a world headquarters in Wittenbach, St. Gallen, Switzerland.

3. Spühl is a subsidiary of Leggett & Platt, Incorporated, which is a duly organized corporation with a headquarters at One Leggett Road, Carthage, Missouri.

4. On October 5, 2001, the Plaintiff was using a Spühl CS-420-Z assembler machine that was manufactured and supplied by the Defendant.

5. At that time and place, the Plaintiff was injured while using the assembler machine that the Defendant manufactured.

6. The Plaintiff suffered injuries to her right hand, including amputation of her right index finger and partial amputation of her right middle finger.

7. The Plaintiff was injured as direct result of the Defendant's negligence.

8. The Defendant was negligent in that:

    (a)   It manufactured the defective assembler machine;

    (b)   It failed to properly design and manufacture the assembler machine;

-2-

    (c)    It failed to properly maintain and service the assembler machine;

    (d)    It failed to give adequate warning and notice of the lack of a safety guard on the assembler machine;

    (e)    It failed to give adequate warning or notice of the dangerous nature of the assembler machine.

9.    As a direct result of the Defendant's negligence, the Plaintiff suffered personal injuries to her right hand, incurred medical bills, was and is disabled from usual activities and suffered permanent pain of body and mind.

WHEREFORE, the Plaintiff demands judgment against the Defendant for damages incurred, as well as costs and interest.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

                                            CATHERINE T. GILCHRIST, Plaintiff

                                            by her attorney

                                            Jennie L. Caissie, Esq.
                                            BBO No. 639925
                                            Three Bowlen Avenue
                                            Southbridge, MA  01550
                                            (508) 765-0885
                                            September 9, 2004