UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-40235-FDS

CATHERINE T. GILCHRIST, )
      Plaintiff )
)
vs. )
)
SPÜHL a/k/a SPÜHL AG ST. GALLEN, )
      Defendant )
)

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE

NOW COMES the Plaintiff, Catherine T. Gilchrist, in the above-entitled matter and pursuant to Federal R. Civ. P. Rule 6(b) moves this Honorable Court to allow Motion for Enlargement of Time for Service of Process.

In support of said Motion and for good cause, the Plaintiff submits the attached Affidavit and states the following:

(1) Service of process upon the Defendant, a Switzerland corporation, must be served via the Hague Convention of the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, and will take approximately four (4) to six (6) months; and

(2) The Plaintiff will be unable to make service of process within the time proscribed under the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiff moves this Honorable Court to grant Plaintiff's Motion for Enlargement of Time for Service.

CATHERINE T. GILCHRIST, Plaintiff

by her attorney

Jennie L. Caissie, Esq.
BBO No. 639925
Three Bowlen Avenue
Southbridge, MA 01550
(508) 765-0885

-2-

## CERTIFICATE OF SERVICE

I, Jennie L. Caissie, hereby certify that I served a copy of the foregoing document by mailing a copy of the same, first class mail, postage prepaid, to Michele P. Rosano, Esq., MIRICK O'CONNELL, 100 Front Street, Worcester, MA 01608, this date.

*[signature]*
Jennie L. Caissie, Esq.

December 27, 2004

AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND TIME FOR PROCESS SERVICE

## SUPERIOR COURT DEPT. OF THE TRIAL COURT OF COMMONWEALTH, MASSACHUSETTS

**CATHERINE T GILCHRIST,**                                    Case No. **04-1781C**

                                        Plaintiff
Vs.
**SPUHL A/K/A SPUHL AG ST. GALLEN**
                                        Defendant

The undersigned, being first duly sworn, on oath deposes and says: That he is now at and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

The affiant is an employee of PROCESS FORWARDING INTERNATIONAL as an INTERNATIONAL SERVICE COORDINATOR and routinely handles process service requests to and from other countries in accordance with the Hague Convention of the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters.

From his experience it is the affiant's belief a process service request to **Switzerland** will take four to six months to complete on average and would be able to produce examples of previous service requests to **Switzerland** attesting to the time required if called on to do so. It is also the undersigned's belief that there is no procedure available in **Switzerland** to expedite a process service request.

The affiant endorses plaintiff's motion to extend time for process service.

**RICK HAMILTON**
_____     _____
Name of Affiant                 Signature of Affiant

Subscribed and Sworn to before me this 10TH day of DEC, 2004

_____
NOTARY PUBLIC in and for the State of Washington, residing in Seattle

My Commission Expires 3/30/07

**PFI** | PROCESS FORWARDING INTERNATIONAL

**Rick Hamilton**
Director of Operations
rickh@abclegal.com

ph: 206.521.2861
toll free: 800.331.0387
fax: 206.224.3410
toll free fax: 800.786.4011
910 Fifth Avenue, Seattle, WA 98104
www.pfiserves.com