UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE T. GILCHRIST,<br>      Plaintiff<br><br>v.<br><br>SPÜHL, a/k/a<br>SPÜHL AG ST. GALLEN,<br>      Defendant | CIVIL ACTION NO.<br>04-CV-40235-FDS |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Spühl a/k/a Spühl AG St. Gallen, in the above captioned action.

*[signature]*

Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775