UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE T. GILCHRIST,<br>Plaintiff<br><br>VS.<br><br>SPUHL a/k/a SPUHL AG ST. GALLEN,<br>Defendant | CIVIL ACTION NO.: 04-40235-FDS |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Joan O. Vorster and Michele P. Rosano on behalf of the defendant, Spuhl a/k/a/ Spuhl AG ST. Gallen, in the above-entitled case.

SPUHL a/k/a SPUHL AG ST. GALLEN,

By its attorneys,

Joan O. Vorster, Esq.   BBO #550375
Michele P. Rosano, Esq.   BBO #554043
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, Esq., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to **Jennie L. Caissie**, Esq., Three Bowlen Avenue, Southbridge, MA 01550.

Dated:

Joan O. Vorster, Esq.

{H:\PA\Lit\10309\55018\A0775994.DOC}