CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Scott M. Carroll, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Plaintiff's Counsel:**

Jennie L. Caissie, Esq.
3 Bowlen Avenue
Southbridge, MA 01550

**Defendant's Counsel:**

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Suite 1700
Worcester, MA 01608-1477

SIGNED UNDER THE PENALTIES OF PERJURY THIS 25 DAY OF March, 20 05

Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775