# BOYLE, MORRISSEY & CAMPO, P.C.
Attorneys at Law

| | | |
|---|---|---|
| 695 Atlantic Avenue<br>Boston, MA 02111<br>(617) 451-2000<br>Facsimile (617) 451-5775 | *www.boylemorrissey.com* | 63 High Street<br>Manchester, NH 03104<br>(603) 668-6216<br>Facsimile (603) 668-6217 |

Anthony M. Campo – Shareholder
Phone: (617) 451-2000 x619
tcampo@boylemorrissey.com

Scott M. Carroll – Shareholder
Phone: (617) 451-2000 x616
scarroll@boylemorrissey.com

April 19, 2005

**BY FEDERAL EXPRESS**
Martin Castles
Clerk for the Honorable Justice Saylor
United States District Court
Donohue Federal Building
595 Main Street
Worcester, MA  01608

RE:   Gilchrist v. Spühl, a/k/a Spühl AG St. Gallen
      C.A. No.: 04-CV-40235-FDS
      Our File No.: ZA1-6421

Dear Mr. Castles:

Please be advised that I have been given authority by my client to agree to a Magistrate to preside over the above-captioned matter.  It is my understanding that the plaintiffs have already agreed to same.  Please notify us at your convenience that this case has in fact been transferred.

Thank you for your assistance in this matter.

Very truly yours,

Anthony M. Campo
Scott M. Carroll

AMC/kca
cc:  Jennie L. Caissie, Esq.
     Joan O. Vorster, Esq.

\\boyle4\apps\WordDocs\Cases\6421\Correspondence\2005\CT re magistrate 04-19-05.doc