# SUPERIOR COURT DEPT. OF THE TRIAL COURT OF COMMONWEALTH, MASSACHUSETTS

| | |
|---|---|
| CATHERINE T GILCHRIST<br>     PLAINTIFF/PETITIONER<br>VS.<br>SPUHL A/K/A SPUHL AG ST. GALLEN<br>     DEFENDANT/RESPONDENT | CAUSE #: 04-1781C<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3554216

**ORIGINAL**
**PROOF OF SERVICE**

JENNIE L CAISSIE
THREE BOWLEN AVE
SOUTHBRIDGE, MA 01550

Page 1 of 1
OR_WGENEVA

**Attestation**    CERTIFICATE    *Zustellungszeugnis*    Attestazione

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. que la demande a été exécutée[1]    THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*    che la domanda è stata eseguita[1]

   - le (date)  - THE (DATE) - *am (Datum)*  - il (data)    **25.01.2005**
   - à (localité, rue, numéro)  - AT (PLACE, STREET, NUMBER)    **CH-9303 Wittenbach**
   - *in (Ort, Strasse, Nummer)*  - a (località, via, numero)    **Grüntalstrasse 23**

   - dans une des formes suivantes prévues à l'article 5:    - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*    - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
      - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
      - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1]*.
      - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

   b) ~~- selon la forme particulière suivante[1]~~
      - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
      - *in der folgenden besonderen Form[1]:*
      - secondo la forma particolare seguente[1]:

   c) ~~- par remise simple[1]~~.    ~~- by delivery to the addressee, who accepted it voluntarily[1]~~
      - *durch einfache Übergabe[1]*.    - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à:
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):    - (IDENTITY AND DESCRIPTION OF PERSON):    **Ch. Rohner**
- *(Name und Stellung der Person):*    - (identità e qualità della persona):    **(s. Gerichtsurkunde)**

- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

~~2. que la demande n'a pas été exécutée, en raison des faits suivants[1]~~
THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
*dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
che la domanda non è stata eseguita, per i seguenti motivi[1]:

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

**Annexes:** ANNEXES: *Beilagen:* Allegati:
**Pièces renvoyées:** DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:* Atti restituiti:

Le cas échéant, les documents justificatifs de l'exécution:    IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*    Se del caso, gli atti che ne comprovano l'esecuzione:

- **Doppel des Antrages vom 16.12.2004,**
- **Gerichtsurkunde datiert 25.01.2005, samt Erledigungsstücken**

**Fait à**  DONE AT  *Ausgefertigt in*  Fatto a    Kreisgericht St. Gallen, 2. Abteilung Rechtshilfe, Bohl 1, CH-9004 St. Gallen    le  THE  *am*  il  **8.02.2005**

**Signature et/ou cachet**    SIGNATURE AND/OR STAMP
*Unterschrift und/oder Stempel*    Firma e/o timbro
1) Rayer les mentions inutiles  DELETE IF INAPPROPRIATE  *Unzutreffendes streichen*  Cancellare le annotazioni inutili

*[Stamp: KREISGERICHT]*



**Track & Trace**

## Zustellinformationen

zurück   neue Suche   FAQ   drucken

### 98.00.900400.00322316 - LSI/LAS

| Datum | Ereignis | PLZ | Ort |
|---|---|---|---|
| n.a. | Aufgabe nicht erfasst | | |
| 26.1.2005 | Zugestellt Postfach | | St. Gallen 4 Fä |

Bei weiteren Fragen stehen wir Ihnen gerne zur Verfügung: trackandtrace@post.ch

zurück   neue Suche   FAQ   drucken

**Kantonsgericht St.Gallen**  Klosterhof 1, 9001 St.Gallen
Telefon 071 229 32 41, Telefax 071 229 37 87
Postcheck 90-2018-9

10. Februar 2005     me

Einzelrichter in Rechtshilfesachen
Direktwahl Kanzlei    071 229 40 63

Rick Hamilton
910 5th Avenue
Seattle, Washington 98104
United States of America

RH.2004.283-ER3  //  **Ihre Geschäftsnummer: 04-1781C**
**Spühl AG St. Gallen, Maschinenfabrik, Grüntalstrasse 23, 9303 Wittenbach,
betreffend Zustellung**

Sehr geehrte Damen und Herren

Als Beilage sende ich Ihnen die Bescheinigung über die Erledigung Ihres Rechtshilfegesuchs

- Gerichtsurkunde (**zugestellt am 26.01.2005** gemäss Ausdruck Track &Trace)
- Schreiben Kreisgericht St. Gallen vom 08.02.2005
- Zustellungszeugnis (Request)
- Doppel der zugestellten Akten an Sie zurück

Mit freundlichen Grüssen

Kantonale Zentralbehörde
Der Einzelrichter in Rechtshilfesachen:

Prof. Dr. Christoph Leuenberger

Beilagen erwähnt

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**910 5th Avenue**<br>**Seattle, Washington 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Obergericht des Kantons Zurich<br>KANTONSGERICHT ST.GALLEN<br>Rechtshilfe 8023<br>Zurich, Switzerland<br><br>2 4. Dez. 2004 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
  (identity and address)

**SPUHL A/K/A SPUHL AG ST. GALLEN**
**GRUNTALSTRASSE 23  CH-9303**
**WITTENBACH,  Switzerland**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

**EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; SUMMONS, TRANSLATED & IN DUPLICATE; COMPLAINT AND CLAIM OF TRIAL BY JURY, TRANSLATED & IN DUPLICATE**

Done at Seattle, Washington USA, on Dec 16 2004

Signature and/or stamp

*[signature: Rick Hamilton]*

TRACKING #: 3554216



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116,
* Delete if inappropriate

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

**(article 5, fourth paragraph)**

Name and address of the requesting authority:  Rick Hamilton
910 5th Avenue
Seattle, Washington 98104
United States of America

Particulars of the parties:

CATHERINE T GILCHRIST        vs.    SPUHL A/K/A SPUHL AG ST. GALLEN

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and to summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 3554216



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate