UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE T. GILCHRIST,  )<br>        Plaintiff  )<br>  )<br>vs.  )<br>  )<br>SPÜHL a/k/a SPÜHL AG ST. GALLEN,  )<br>        Defendant  )<br>_____) | CIVIL ACTION NO.<br>04-CV-40235-FDS |

### APPEARANCE

Please enter my Appearance for the Plaintiff, Catherine T. Gilchrist, in the above-entitled matter.

CATHERINE T. GILCHRIST, Plaintiff

_____
Jennie L. Caissie, Esq.
BBO No. 639925
Michael V. Caplette, Esq.
BBO No. 072800
Three Bowlen Avenue
Southbridge, MA  01550
(508) 765-0885
June 15, 2005

-2-

## CERTIFICATE OF SERVICE

I, Michael V. Caplette, hereby certify that I served a copy of the foregoing document by mailing a copy of the same, first class mail, postage prepaid, to Anthony M. Campo, Esq., and Scott M. Carroll, Esq., BOYLE, MORRISSEY & CAMPO, P.C., 695 Atlantic Avenue, Boston, MA 02111, this date.

_____
Michael V. Caplette, Esq.

June 15, 2005