```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CATHERINE T. GILCHRIST,   )<br>          Plaintiff         )<br>                             )<br>v.                           )<br>                             )<br>SPÜHL, a/k/a                 )<br>SPÜHL AG ST. GALLEN,         )<br>          Defendant         ) | CIVIL ACTION NO.<br>04-CV-40235-FDS |

### STIPULATION TO EXTEND DISCOVERY

NOW COME the parties to the above-referenced action and hereby stipulate and agree to extend the deadline for completing fact discovery, including discovery to March 1, 2006.

| | |
|---|---|
| THE PLAINTIFF,<br>BY HER ATTORNEY,<br><br>_/s/ Jennie L. Caissie_<br>Jennie L. Caissie, BBO# 639925<br>Michael V. Caplette, Esq.<br>3 Bowlen Avenue<br>Southbridge, MA 01550<br>Telephone: (508) 765-0885 | THE DEFENDANT,<br>BY ITS ATTORNEY,<br><br>_/s/ Scott M. Carroll_<br>Scott M. Carroll, BBO# 640852<br>Boyle, Morrissey & Campo, PC<br>695 Atlantic Avenue<br>Boston, MA 02111<br>Telephone: (617) 451-2000 |

12/29/05

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Scott M. Carroll, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Plaintiff's Counsel:**

Jennie L. Caissie, Esq.
Michael V. Caplette, Esq.
3 Bowlen Avenue
Southbridge, MA 01550

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29 DAY OF Dec, 2005.

Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775