UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 FEB 17 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Catherine T. Gilchrist, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>Spühl a/k/a Spühl AG St. Gallen, )<br>    Defendant )<br>_____ ) | CIVIL ACTION NO.<br>04-CV-40235-FDS |

### ASSENTED TO MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY FOR TAKING DEPOSITIONS AND FOR COMPLETION OF FACT DISCOVERY

NOW COMES the Plaintiff in the above-entitled matter and moves that the discovery deadline for taking depositions and for completion of fact discovery to April 30, 2006, the date of the scheduled status conference.

As grounds, the Plaintiff states the following good cause:

1. The Defendant is a foreign corporation, which has substantially delayed the discovery process.

2. The Plaintiff has been waiting for discovery from the Defendant which the Plaintiff needs prior to scheduling depositions of Defendant agents and employees.

3. The Plaintiff would like to conduct a telephone conference deposition of Marcus Lehman, a Spühl technician, but Plaintiff is waiting for discovery requests that are needed to depose said witness.

-2-

4. The Plaintiff expects the depositions and fact discovery to be completed by April 30, 2006.

| | |
|---|---|
| SPÜHL a/k/a SPÜHL AG ST. GALLEN<br>Defendant | CATHERINE T. GILCHRIST,<br>Plaintiff |
| by its attorney | by her attorneys |
| */s/ Scott M. Carroll*<br>Scott M. Carroll, Esq.<br>BBO No. 640852<br>Boyle, Morrissey & Campo, PC<br>695 Atlantic Avenue<br>Boston, MA 02111<br>(617) 451-2000 | */s/ Jennie L. Caissie*<br>Jennie L. Caissie, Esq.<br>BBO No. 639925<br>Michael V. Caplette, Esq.<br>Three Bowlen Avenue<br>Southbridge, MA 01550<br>(508) 765-0885 |

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Jennie L. Caissie, hereby certify that I served a copy of the foregoing document by mailing a copy of the same, first class mail, postage prepaid, to Scott M. Carroll, Esq., BOYLE, MORRISSEY & CAMPO, P.C., 695 Atlantic Avenue, Boston, MA 02111, this date.

*/s/ Jennie L. Caissie*
Jennie L. Caissie, Esq.

February 15, 2006