## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CATHERINE GILCHRIST,             Civil Action
                                             No.:04-40235-TSH

           Plaintiff,

v.

SPUHL,
           Defendant,

## PRETRIAL ORDER
### MAY 2, 2006

**HILLMAN, M.J.**

       A Pretrial Conference is scheduled in this case on **Monday, September 11, 2006 at 3:00 p.m.** and a Jury Trial is scheduled for **Monday, October 30, 2006 at 9:00 a.m.** Trial days will be from 9:00 a.m. to 1:00 p.m.

       The following pleadings shall be filed with this court on or before **Monday, October 23, 2006**:

(a) proposed questions for a voir dire examination of the jury

(b) a listing of all anticipated witnesses, including the town of residence and occupation of expert witnesses.

(c) requests for substantive law jury instructions      (also on disk)

(d) proposed special questions and/or special verdict forms (also on disk) and

(e) motions in limine.

**COUNSEL SHALL PRE-MARK ALL EXHIBITS**:

       **Agreed upon exhibits marked sequentially by number (JEX 1, etc.). Exhibits not agreed upon, marked for identification alphabetically (Id. A, etc.).**

                                                     BY THE COURT,

                                                   /s/Lisa B. Roland

                                                  Lisa B. Roland, Deputy Clerk
                                                  (508) 929-9905