UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Catherine T. Gilchrist,<br>    Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | CIVIL ACTION NO.<br>04-CV-40235-FDS |
| Spühl a/k/a Spühl AG St. Gallen,<br>    Defendant | )<br>)<br>) | |

## MOTION FOR LEAVE TO FILE TRIAL EXPERT'S INFORMATION CONTEMPLATED BY FED. R. CIV. P. 26 (a)(2)

NOW COMES the Plaintiff, Catherine T. Gilchrist, and moves that the Plaintiff be given Leave to File Trial Expert information on or before April 14, 2006. As grounds for said request, the Plaintiff states that:

1. The information contemplated by Fed. R. Civ. P. 26(a)(2) was to be disclosed by March 30, 2006.

2. The parties agreed to extend the discovery period from March 1, 2006 to April 30, 2006.

3. The Plaintiff has not received discovery from the Defendant.

4. There are additional depositions that are scheduled for April 19, 2006.

5. The Plaintiff will disclose the expert information on or before April 14, 2006 and agree to supplement it accordingly.

CATHERINE T. GILCHRIST, Plaintiff

*/s/ Jennie L. Caissie*
Jennie L. Caissie, Esq.
BBO No. 639925
Michael V. Caplette, Esq.
BBO No. 072800
Three Bowlen Avenue
Southbridge, MA  01550
(508) 765-0885
April 5, 2006

-2-

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d), I, Jennie L. Caissie, hereby certify that I served a copy of the foregoing document by mailing a copy of same, first class mail, postage prepaid, to Scott M. Carroll, Esq., BOYLE, MORRISSEY & CAMPO, P.C., 695 Atlantic Avenue, Boston, MA 02111, this date.

Jennie L. Caissie, Esq.

April 5, 2006