UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| CATHERINE T. GILCHRIST,<br>          Plaintiff<br><br>v.<br><br>SPÜHL, a/k/a<br>SPÜHL AG ST. GALLEN,<br>          Defendant | )<br>)<br>)    CIVIL ACTION NO.<br>)    04-CV-40235-FDS<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR SHORT CONTINUANCE OF PRE-TRIAL CONFERENCE**

NOW COMES the parties to the above-referenced Action and hereby move this Honorable Court for a continuance of the pre-trial conference presently scheduled for September 11, 2006. As grounds, the parties state the following:

1. This is a personal injury action brought by the plaintiff.

2. Plaintiff claims to have sustained personal injury as a result of the alleged defective design of the defendant's product a CS-420 transfer machine.

3. This case is scheduled for trial on October 30, 2006.

4. The court scheduled a pretrial conference to take place on September 11, 2006 commencing at 3:00 p.m.

5. The parties have agreed to explore mediation as a possible means of resolving this matter without the necessity of a trial.

6. The parties have selected Attorney Tak Burbank of Pittsfield, Massachusetts as the mediator.

7. Mr. Burbank has agreed to engage in a mediation with the parties on September 13, 2006 beginning at 12:00 p.m.

8. Although the mediation process is non-binding, the parties are hopeful that the process will result in the resolution of this matter.

9. In light of the scheduled mediation, the parties seek a short continuance of the pretrial conference. The parties submit that the short continuance of the pretrial conference in this regard will avoid the unnecessary expenditure of time and energy at the pretrial conference should this matter settle on September 13, 2006.

10. The parties have conferred and both parties are available to attend a pretrial conference on either September 20, 2006 or September 22, 2006.

WHEREFORE and for the foregoing reasons, the parties respectfully request that this Court grant a short continuance of the pretrial conference to either September 20, 2006 or September 22, 2006.

| THE DEFENDANT, | THE PLAINTIFF, |
| --- | --- |
| SPÜHL, a/k/a | CATHERINE T. GILCHRIST, |
| SPÜHL AG ST. GALLEN, | BY HER ATTORNEY, |
| BY ITS ATTORNEY, | |

_____  
Scott M. Carroll, BBO #640852  
Boyle, Morrissey & Campo, P.C.  
695 Atlantic Avenue  
Boston, MA 02111  
(617) 451-2000  
Facsimile: (617) 451-5775  
DATE: 8/29/06

_____  
Jennie L. Caissie, BBO#  
3 Bowlen Avenue  
Southbridge, MA 01550  
(508) 765-0885  
Facsimile: (508)765-0888  
DATE: 8/29/06

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Scott M. Carroll, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Plaintiff's Counsel:**

Jennie L. Caissie, Esq.
Michael V. Caplette, Esq.
3 Bowlen Avenue
Southbridge, MA 01550

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29 DAY OF _____ August _____, 20 06

_____
Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, Suite 11
Boston, Massachusetts 02111
Telephone: (617) 451-2000
Facsimile: (617) 451-5775