UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE T. GILCHRIST,<br>Plaintiff<br><br>v.<br><br>SPÜHL, a/k/a<br>SPÜHL AG ST. GALLEN,<br>Defendant | CIVIL ACTION NO.<br>04-CV-40235-FDS |

## ASSENTED TO STIPULATION TO DISMISS

NOW COMES the parties to the above-referenced action and hereby move this Honorable Court pursuant to Rule 41 of the Federal Rules of Civil Procedure to dismiss this matter presently scheduled for trial for October 30, 2006. As grounds therefore, the parties state the following:

1. The parties selected Attorney Tak Burbank of Pittsfield, Massachusetts, to mediate this matter.

2. The parties mediated the matter before Mr. Burbank on September 13, 2006.

3. As a result of the mediation on September 13, 2006, the parties entered into a "settlement agreement".

4. In light of the successful mediation, the parties seek to dismiss this matter, which is currently scheduled for trial in the Unites District Court for the District of Massachusetts on October 30, 2006.

WHEREFORE and for the foregoing reasons, the parties respectfully request that this Court assent to this stipulation and dismiss this matter with prejudice, and without costs.

Respectfully submitted,

| | |
|---|---|
| THE DEFENDANT,<br>SPÜHL, a/k/a<br>SPÜHL AG ST. GALLEN,<br>BY ITS ATTORNEY, | THE PLAINTIFF,<br>CATHERINE T. GILCHRIST,<br>BY HER ATTORNEY, |
| /s/ Scott M. Carroll<br>Scott M. Carroll, BBO #640852<br>Boyle, Morrissey & Campo, P.C.<br>695 Atlantic Avenue<br>Boston, MA 02111<br>(617) 451-2000<br>Facsimile: (617) 451-5775 | /s/ Jennie L. Caissie<br>Jennie L. Caissie, BBO#<br>3 Bowlen Avenue<br>Southbridge, MA 01550<br>(508) 765-0885<br>Facsimile: (508)765-0888 |

DATED: 19 October 2006